BESSIE FEINMAN, Doing Business under the Name of CADILLAC MAISON STEEL Co., Judgment-Creditor-Respondent, v. IRVING MARKS, Judgment-Debtor-Defendant, and MARLIN-ROCKWELL CORPORATION, Third Party-Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 269 App. Div. 664.]

In the Matter of the Arbitration between LILLIAN LUTTINGER, Respondent, and FREDERICK S. LUTTINGER, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of SOL ATLAS, Respondent, against GRACIE SQUARE GARDENS, INC., et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES H. BIERS, Respondent, v. BIERS MILLINERY COMPANY, INC., et al., Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ELI R. NEGBAUR, Appellant, v. SAMUEL ROSENBERG, Respondent.—Order so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANGELO BISESTO, Appellant, v. EXSILIA VIZZO, Individually and as Executrix of RAFFAELA BISESTO, Deceased, Respondent.— Order so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 269 App. Div. 684.]

SOLOMON SHAPIRO et al., Respondents, v. MEYER JASON et al., Copartners Doing Business under the Name of BRETON LOOMS COMPANY, Appellants.— Order so far as appealed from, reversed, with twenty dollars costs and disbursements and the motion in all respects denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer and Dore, JJ., dissent and vote to modify by allowing only items 12, 13, 14, 32, 38, 39, 40, 41, 42 inserting after the word "foregoing" the word "representations", 44 and 49 and requiring the production of all instruments signed by plaintiffs or on their behalf in connection with the business dealings between plaintiffs and defendants for use pursuant to section 296 of the Civil Practice Act.

ABE FENER, Respondent, v. STEVE CHAPMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BRADLEY DELEHANTY et al., Respondents, v. NATHAN STEINBERG, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.